IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No: 15-01952-B |
| ) | Chapter 13 |
| Stanley Lewis Henderson, Sr., ) | |
| ) | |
| ) | |
| Debtor. ) | |
| _____) | |

## OBJECTION TO CONFIRMATION OF PLAN AND VALUATION
## AND MEMORANDUM IN SUPPORT THEREOF

Ally Bank, serviced by Ally Servicing LLC, ("Ally"), by and through its undersigned counsel, hereby objects to the confirmation of the Debtor's plan.

The basis for the objection is that the plan does not comply with 11 U.S.C. §1325(a)(5). Specifically, the proposed payments do not adequately protect the interests of Ally in the collateral, specifically, one 2010 Lincoln MKS, VIN # 1LNHL9FT3AG603755.

Additionally, the Debtor's plan does not reflect the true value of the vehicle which has a NADA retail value of $20,950.00.

WHEREFORE, having objected to the confirmation of the Debtor's plan, Ally prays that the confirmation be denied, and the Court grant such other relief as is just and proper.

Respectfully submitted,

JOHNSON LAW FIRM, P. A.

BY: _____
Lawrence W. Johnson, Jr.
District Court ID 2200
Post Office Box 883
Columbia, SC 29202
(803) 771-1500
Attorney for Ally Bank

Columbia, South Carolina
June 1, 2015

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No: 15-01952/HB |
| ) | Chapter 13 |
| STANLEY LEWIS HENDERSON, SR. ) | |
| ) | |
| ) | |
| DEBTOR(S). ) | |
| ) | |

### CERTIFICATE OF SERVICE

This is to certify that I, Sharal Bateman of the Johnson Law Firm, P.A., am this day serving on the persons named below the Objection To Confirmation of Plan and Valuation and Memorandum in Support Thereof on behalf of Ally Bank, serviced by Ally Servicing LLC, in this matter by placing a copy of same in the United States Mail, postage pre-paid, in envelopes addressed as follows:

Robert H. Cooper, Esquire
150 Milestone Way, Suite B
Greenville, SC 29615

Gretchen D. Holland (via ECF)
Chapter 13 Trustee
20 Roper Corners Circle, Suite C
Greenville, SC 29615

_____
Sharal Bateman

Columbia, South Carolina.
June 1, 2015